JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| VILAYCHITH KHOUANMANY, | Case No. 5:21-cv-00989-JFW-JDE |
| Petitioner, | JUDGMENT |
| v. | |
| MARK GUTIERREZ, Warden, et al., | |
| Respondents. | |

Pursuant to the Report and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied, and this action is dismissed without prejudice.

Dated: September 24, 2021

JOHN F. WALTER
United States District Judge